UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:16-CV-316-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | ORDER FOR |
| v. | ) ) | DEFAULT JUDGMENT |
| SANDRA R. RAMSEY | ) ) | |
| Defendant. | ) | |

UPON CONSIDERATION OF the Plaintiff's motion for Default Judgment, and the entire record,

IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED;

IT IS FURTHER ORDERED that the Clerk shall enter Judgement against Defendant for failure of answer and in favor of Plaintiff, United States of America, against Defendant in the amount of $159,748.27, including interest as of March 1, 2017, and accruing thereafter at the daily rate of $14.33 from March 1, 2017 to the date of judgment, together with present and future costs and disbursements incurred by Plaintiff in this action;

IT IS FURTHER ORDERED that interest after date of entry of this judgment shall be at the applicable judgment rate.

IT IS FURTHER ORDERED that the Plaintiff's Deed of Trust be foreclosed and that all right, title, and interest of Defendant, or any persons holding by, through, or under the Defendant,

including any equity or redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the aforesaid real property;

IT IS FURTHER ORDERED that the United State Marshal enter upon the land of Defendant located at 472 Old Ramsey Road, Burgaw, North Carolina, 28425, more fully described in the Deed of Trust [D.E. 2-2], or other location, to seize the real estate set out in the deed of trust, which is collateral for the aforesaid loan;

IT IS FURTHER ORDERED that all persons occupying the property shall leave and vacate the property permanently within 30 days of the date of this order, each taking with them his or her personal property (but leaving all improvements, buildings, fixtures, and appurtenances to the property). If any person fails or refuses to leave and vacate the property by the time specified in this Order, the United States Marshal and his deputies are authorized and directed to take all actions that are reasonably necessary to eject those persons. If any person fails or refuses to remove his or her personal property from the property by the time specified herein, the personal property remaining on the property thereafter is deemed forfeited and abandoned, and the United States Marshal and his deputies are authorized to remove it and to dispose of it in any manner they see fit, including sale, in which case the proceeds of the sale are to be applied first to the expenses of sale;

IT IS FURTHER ORDERED that upon foreclosure and possession,

the said premises be sold by the United States Marshal in any commercially reasonable manner, including using a broker to assist in the sale of the property;

IT IS FURTHER ORDERED that out of the proceeds of said sale, after payments of costs associated with the sale, Plaintiff be paid the amount thereof on its claim above described.

SO ORDERED. This the **28** day of March 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE